158 A.3d 1245

**GREEN TREE SERVICING MORTGAGE CO.**

v.

**Gennaro RAUSO, as Mark Ferreri's and Tri State Investments 1, LLC's Assignee**

**Petition of: Gennaro Rauso**

**No. 373 MAL 2016**

Supreme Court of Pennsylvania.

October 13, 2016

## ORDER

PER CURIAM

**AND NOW**, this 13th day of October, 2016, the Petition for Allowance of Appeal and the Application for Substitution of Parties are **DENIED**.